**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | James | Earl | Banks |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marilyn | Lorraine | Banks |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-50317**
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**1090 CR 768**
Street address, if available, or other description

**Devine                    TX     78016**
City                        State   ZIP Code

**Medina**
County

homestead at 1090 CR 768 Devine TX 78106
est. 0.50 acres

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

$36,260.00

Current value of the portion you own?

$36,260.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple

☑ Check if this is community property (see instructions)

| Debtor 1 | James Earl Banks | | |
|---|---|---|---|
| Debtor 2 | Marilyn Lorraine Banks | Case number (if known) | 17-50317 |

**1.2.**

**1721 HWY 173 N**
Street address, if available, or other description

**DEVINE**  **TX**  **78016**
City          State   ZIP Code

**Medina**
County

Debtor's business real property
Legal description:A0569 - C. Kemp
Survey 7, ACRES 0.635, (INCLUDES .02
AC IN
SAT BLK 34 LOT 1)

**(Lienholder: Community Nat'l Bank)**

Co-Debtor operates Charlie's Ice
House from this location.

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **Business**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**        **Current value of the**
**entire property?**             **portion you own?**

  **$117,930.00**                 **$117,930.00**

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**fee simple subject to mor**

☑ Check if this is community property
 (see instructions)

---

**1.3.**

**Lots 24 & 25**
Street address, if available, or other description

**Hanover (Sattler Village)**

**New Braunfels**  **TX**  **78132**
City          State   ZIP Code

**Comal**
County

**Lots 24 & 25 Sattler Village**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**        **Current value of the**
**entire property?**             **portion you own?**

   **$18,170.00**                  **$18,170.00**

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**fee simple**

☑ Check if this is community property
 (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any
   entries for pages you have attached for Part 1. Write that number here........................................➔  **$172,360.00**

---

| **Part 2:** | **Describe Your Vehicles** |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

 ☐ No
 ☑ Yes

Debtor 1  James Earl Banks

Debtor 2  Marilyn Lorraine Banks

Case number (if known)  17-50317

**3.1.**

| | | |
|---|---|---|
| Make: | Chevrolet | |
| Model: | Silverado 2500 picku | |
| Year: | 2002 | |
| Approximate mileage: | 180,000 | |

Other information:

**2002 Chevrolet Silverado 2500 pickup (approx. 180000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,337.50 | $4,337.50 |

**Lienholder: Navy Federal FCU**

**3.2.**

| | | |
|---|---|---|
| Make: | Buick | |
| Model: | Lasabre | |
| Year: | 1996 | |
| Approximate mileage: | 106,000 | |

Other information:

**1996 Buick Lasabre (approx. 106000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,600.00 | $1,600.00 |

**Lienholder:  Navy FCU**

**3.3.**

| | | |
|---|---|---|
| Make: | Chevrolet | |
| Model: | 3/4 ton pickup | |
| Year: | 2003 | |
| Approximate mileage: | 148,000 | |

Other information:

**2003 Chevrolet 3/4 ton pickup (approx. 148000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,650.00 | $2,650.00 |

**Used in Debtor's dba Jebco AC & Heating**

**3.4.**

| | | |
|---|---|---|
| Make: | Honda | |
| Model: | Goldwing motorcyc | |
| Year: | 2005 | |
| Approximate mileage: | 36,000 | |

Other information:

**2005 Honda Goldwing motorcycle (approx. 36000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $4,000.00 |

**3.5.**

| | | |
|---|---|---|
| Make: | Suzuki | |
| Model: | C-90 motorcycle | |
| Year: | 2006 | |
| Approximate mileage: | 12,000 | |

Other information:

**2006 Suzuki C-90 motorcycle (approx. 12000 miles)**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,500.00 | $2,500.00 |

| Debtor 1 | James Earl Banks | | |
|---|---|---|---|
| Debtor 2 | Marilyn Lorraine Banks | Case number (if known) | 17-50317 |

**3.6.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **GMC** | ☐ Debtor 1 only | |
| Model: | **Sierra pickup** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2008** | ☒ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☐ At least one of the debtors and another | $13,700.00 / $0.00 |

Other information:
**2008 GMC Sierra pickup**

☒ Check if this is community property (see instructions)

**(Co-Debtor co-signed with Debtor's son who has possession of vehicle and makes payments on the note.**

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☒ Yes

**4.1.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **WW** | ☐ Debtor 1 only | |
| Model: | **6' X 12' trailer** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Year: | **2001** | ☒ Debtor 1 and Debtor 2 only | |
| Other information: | | ☐ At least one of the debtors and another | $600.00 / $600.00 |

**2001 WW 6' X 12' trailer**

☒ Check if this is community property (see instructions)

**Used in Debtor's dba Jebco AC & Heating**

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................→ **$15,687.50**

---

## Part 3: Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|
| **6.** **Household goods and furnishings** *Examples:* Major appliances, furniture, linens, china, kitchenware ☐ No ☒ Yes. Describe..... **household goods & furnishings** | $2,500.00 |
| **7.** **Electronics** *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games ☐ No ☒ Yes. Describe..... **2 TVs; computer w/ printer cell phones; small radio** | $500.00 |
| **8.** **Collectibles of value** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles ☒ No ☐ Yes. Describe..... | |
| **9.** **Equipment for sports and hobbies** *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments ☐ No ☒ Yes. Describe..... **fishing rods & reels; tackle box** | $50.00 |

| Debtor 1 | **James Earl Banks** | | |
|---|---|---|---|
| Debtor 2 | **Marilyn Lorraine Banks** | Case number (if known) | **17-50317** |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes.  Describe.....  **1 pistol .357** _____ $500.00

**1 rifle**

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....  **wearing apparel** _____ $500.00

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....  **jewelry** _____ $4,000.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....  **2 dogs; 4 cats (household pets)** _____ $100.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information............. _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................................** ➡ | $8,150.00 |

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.............................................................................. Cash: ........................ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..........................                 Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Lytle State Bank -Checking account ending 8770**<br>**dba Jebco AC and Heating** | $3,126.22 |
| 17.2. | Checking account: | **Security Bank -Checking account ending 265**<br>**dba Charlies' Icehouse** | $95.51 |
| 17.3. | Checking account: | **Community National Bank -Checking account ending 8665**<br><br>**(only Co-Debtor's oil royalty check received monthly is deposited into this account)** | $109.24 |

Debtor 1   **James Earl Banks**

Debtor 2   **Marilyn Lorraine Banks**                                    Case number (if known) __17-50317__

| | | | |
|---|---|---|---|
| 17.4. | Savings account: | **Lytle State Bank -Savings account Xs military retirement is only funds deposited into this account from DFAS ($1,100 per month is alloted to this account direct deposit)** | $18,000.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
information about
them..........................   Name of entity:                                   % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
information about
them..........................   Issuer name:

**21. Retirement or pension accounts**
*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes.  List each
account separately.     Type of account:       Institution name:

Pension plan:       **military retirement DFAS  difficult to determine value
due to Debtor receives monthly allotment for
remainder of this life**

Currently received $ 1552 *gross* per month                                         $0.00

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................   Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific
information about them

| | |
|---|---|
| Debtor 1 | **James Earl Banks** |
| Debtor 2 | **Marilyn Lorraine Banks** |

Case number (if known)  **17-50317**

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific     **See continuation page(s).**
information about them                                                                                    $2.00

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal: _____ $0.00
State: _____ $0.00
Local: _____ $0.00

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____ $0.00
Maintenance: _____ $0.00
Support: _____ $0.00
Divorce settlement: _____ $0.00
Property settlement: _____ $0.00

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                                         _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance
company of each policy
and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **term life insurance policies** | **spouses/children** | $1.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                         _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                       _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                       _____

Debtor 1    **James Earl Banks**
Debtor 2    **Marilyn Lorraine Banks**                              Case number (if known)  **17-50317**

35. Any financial assets you did not already list

☑ No
☐ Yes.  Give specific information                                                            _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
    attached for Part 4.  Write that number here..................................................... ➡  | **$21,333.97** |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. Do you own or have any legal or equitable interest in any business-related property?

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

38. Accounts receivable or commissions you already earned

☑ No
☐ Yes.  Describe..                                                                           _____

39. Office equipment, furnishings, and supplies
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
                desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                           _____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☐ No
☑ Yes.  Describe..  **See continuation page(s).**                                       _____  **$10,000.00**

41. Inventory

☐ No
☑ Yes.  Describe..  **beer/ wine coolers Charlie's Ice House**                          _____  **$4,000.00**

42. Interests in partnerships or joint ventures

☑ No
☐ Yes.  Describe.....  Name of entity:                         % of ownership:

43. Customer lists, mailing lists, or other compilations

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
          ☐ No
          ☐ Yes.  Describe.....                                                              _____

44. Any business-related property you did not already list

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5.  Write that number here..................................................... ➡  | **$14,000.00** |

Debtor 1  **James Earl Banks**
Debtor 2  **Marilyn Lorraine Banks**
Case number (if known) _17-50317_

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own? Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....

_____

48. **Crops--either growing or harvested**
☑ No
☐ Yes. Give specific information................

_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes....

_____

50. **Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes....

_____

51. **Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific information................

_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here................................................................ ➜ | $0.00 |

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information.

.00540000 royalty interest in Fisher County TX

(Debtor recently inherited her percentage of oil royalty from her grandfather and began receiving small oil royalty checks each month during 2016)

Debtor is using value that she was recently offered to purchase her interest. | $5,800.00 |

54. Add the dollar value of all of your entries from Part 7. Write that number here............................. ➜ | $5,800.00 |

Debtor 1    **James Earl Banks**
Debtor 2    **Marilyn Lorraine Banks**                                     Case number (if known) __17-50317__

## Part 8:  List the Totals of Each Part of this Form

55.  Part 1: Total real estate, line 2 ..................................................................................................➜         $172,360.00

56.  Part 2: Total vehicles, line 5                                        $15,687.50

57.  Part 3: Total personal and household items, line 15                  $8,150.00

58.  Part 4: Total financial assets, line 36                              $21,333.97

59.  Part 5: Total business-related property, line 45                     $14,000.00

60.  Part 6: Total farm- and fishing-related property, line 52            $0.00

61.  Part 7: Total other property not listed, line 54            +        $5,800.00

62.  **Total personal property.**    Add lines 56 through 61 .................    $64,971.47      Copy personal     +      $64,971.47
                                                                                                 property total  ➜

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62 ...........................................................    $237,331.47

| Debtor 1 | James Earl Banks | | |
|---|---|---|---|
| Debtor 2 | Marilyn Lorraine Banks | | Case number (if known) | 17-50317 |

27. Licenses, franchises, and other general intangibles (details):

| | |
|---|---|
| air conditioning & refrigeration license | $1.00 |
| liquor license for Charlie's Ice House | $1.00 |

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):

| | |
|---|---|
| est. value of assets of Charlie's Ice House (i.e  tables & chairs; cash registrar;  ice machine; 3 TVs w/ VCR;  Bose speakers;  BBQ pit, dartboards w/ darts; etc. | $5,000.00 |
| value of assets used in dba Jebco AC & Heating (i.e. guages; meters; vacuum pumps; hand tools; air compressor; nail gun, ladders; etc.) | $5,000.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **Earl** | **Banks** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Marilyn** | **Lorraine** | **Banks** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-50317**
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt
04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**homestead at 1090 CR 768 Devine TX 78106**<br>**est. 0.50 acres**<br>Line from *Schedule A/B*: __1.1__ | $36,260.00 | ☑ $34,760.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2002 Chevrolet Silverado 2500 pickup (approx. 180000 miles)**<br><br>**Lienholder: Navy Federal FCU**<br>Line from *Schedule A/B*: __3.1__ | $4,337.50 | ☑ $917.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   ☐ No
   ☐ Yes

Debtor 1    **James Earl Banks**
Debtor 2    **Marilyn Lorraine Banks**                    Case number (if known)    17-50317

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**1996 Buick Lasabre (approx. 106000 miles)**<br><br>**Lienholder:  Navy FCU**<br>Line from *Schedule A/B*:    3.2 | $1,600.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| Brief description:<br>**2003 Chevrolet 3/4 ton pickup (approx. 148000 miles)**<br><br>**Used in Debtor's dba Jebco AC & Heating**<br>Line from *Schedule A/B*:    3.3 | $2,650.00 | ☑ $2,650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>**2001 WW 6' X 12' trailer**<br><br>**Used in Debtor's dba Jebco AC & Heating**<br>Line from *Schedule A/B*:    4.1 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>**household goods & furnishings**<br><br>Line from *Schedule A/B*:    6 | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**2 TVs; computer w/ printer cell phones; small radio**<br>Line from *Schedule A/B*:    7 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description:<br>**fishing rods & reels; tackle box**<br><br>Line from *Schedule A/B*:    9 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description:<br>**1 pistol .357**<br><br>**1 rifle**<br>Line from *Schedule A/B*:    10 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description:<br>**wearing apparel**<br><br>Line from *Schedule A/B*:    11 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |

Debtor 1    **James Earl Banks**
Debtor 2    **Marilyn Lorraine Banks**

Case number (if known)  **17-50317**

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**jewelry**<br>Line from *Schedule A/B*:  **12** | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |
| Brief description:<br>**2 dogs; 4 cats (household pets)**<br>Line from *Schedule A/B*:  **13** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) |
| Brief description:<br>**Lytle State Bank -Savings account Xs military retirement is only funds deposited into this account from DFAS ($1,100 per month is alloted to this account direct deposit)**<br>Line from *Schedule A/B*:  **17.3** | $18,000.00 | ☑ $18,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description:<br>**military retirement DFAS  difficult to determine value due to Debtor receives monthly allotment for remainder of this life**<br><br>**Currently received $_____ per month**<br>Line from *Schedule A/B*:  **21** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.0021 |
| Brief description:<br>**air conditioning & refrigeration license**<br>Line from *Schedule A/B*:  **27** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>**liquor license for Charlie's Ice House**<br>Line from *Schedule A/B*:  **27** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| Brief description:<br>**term life insurance policies**<br>Line from *Schedule A/B*:  **31** | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Ins. Code §§ 1108.001, 1108.051 |
| Brief description:<br>**est. value of assets of Charlie's Ice House (i.e  tables & chairs; cash registrar;  ice machine; 3 TVs w/ VCR;  Bose speakers; BBQ pit, dartboards w/ darts; etc.**<br>Line from *Schedule A/B*:  **40** | $5,000.00 | ☑ $4,295.07<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |

| Debtor 1 | **James Earl Banks** | | |
|---|---|---|---|
| Debtor 2 | **Marilyn Lorraine Banks** | Case number (if known) | **17-50317** |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**value of assets used in dba Jebco AC & Heating (i.e. guages; meters; vacuum pumps; hand tools; air compressor; nail gun, ladders; etc.)**<br>Line from *Schedule A/B*: ___40___ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **Earl** | **Banks** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Marilyn** | **Lorraine** | **Banks** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-50317**
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    - ☑ Yes. Fill in all of the information below.

**Part 1:**  **List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| | $340.31 | $18,170.00 | |

| 2.1 | | |
|---|---|---|

**Comal Appraisal District**
Creditor's name
**900 S. Seguin Avenue**
Number     Street

**New Braunfels    TX    78130**
City              State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **2017**

**Describe the property that secures the claim:**

**Sattler Village Lot 24 & 25**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☑ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
      **property taxes**

Last 4 digits of account number    **4   3   0   0**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $340.31 |
|---|

Debtor 1  **James Earl Banks**
Debtor 2  **Marilyn Lorraine Banks**

Case number (if known)  **17-50317**

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Community National Ban**
Creditor's name
**1502 Avenue M**
Number    Street

**Hondo        TX    78861**
City              State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

Date debt was incurred  **08/2008**

Describe the property that secures the claim:

**Debtor's business real property**

$63,481.00    $117,930.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number    0  0  0  1

**2.3**

**Community National Ban**
Creditor's name
**1502 Avenue M**
Number    Street

**Hondo        TX    78861**
City              State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim relates to a community debt

Date debt was incurred  **Various**

Describe the property that secures the claim:

**Debtor's business real property**

$9,535.04    $117,930.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Arrearage claim**

Last 4 digits of account number    0  0  0  1

Add the dollar value of your entries in Column A on this page.  Write that number here:

$73,016.04

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2

Debtor 1 **James Earl Banks**
Debtor 2 **Marilyn Lorraine Banks**

Case number (if known) __17-50317__

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>Amount of claim<br>Do not deduct the value of collateral | *Column B*<br>Value of collateral that supports this claim | *Column C*<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.4**

Describe the property that secures the claim:

**Medina County Tax Assessor**
Creditor's name
**Melissa Lutz, PCC**
Number     Street
**1102 15th Street**

**Homestead**

$1,500.00     $36,260.00

**Hondo**          **TX**     **78861**
City          State     ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred __2017__

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **property taxes**

Last 4 digits of account number   __4__ __8__ __6__ __3__

---

**2.5**

Describe the property that secures the claim:

**Medina County Tax Assessor**
Creditor's name
**Melissa Lutz, PCC**
Number     Street
**1102 15th Street**

**Debtor's business real property**

$5,775.74     $117,930.00

**Hondo**          **TX**     **78861**
City          State     ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred __2015-2016__

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **property taxes**

Last 4 digits of account number   __5__ __7__ __2__ __8__

**est. property taxes for business property for 2015-2016 tax periods**

Add the dollar value of your entries in Column A on this page. Write that number here:

$7,275.74

Official Form 106D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3

| Debtor 1 | James Earl Banks |
|---|---|
| Debtor 2 | Marilyn Lorraine Banks |

Case number (if known)  **17-50317**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.6**

**Medina County Tax Assessor**
Creditor's name
**Melissa Lutz, PCC**
Number      Street
**1102 15th Street**

**Hondo**            **TX**    **78861**
City              State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    2017

Describe the property that secures the claim:

**Debtor's business real property**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **property taxes**

Last 4 digits of account number    5  7  2  8

Column A: $2,540.81    Column B: $117,930.00

---

**2.7**

**Medina County Tax Assessor**
Creditor's name
**Melissa Lutz, PCC**
Number      Street
**1102 15th Street**

**Hondo**            **TX**    **78861**
City              State    ZIP Code

**Who owes the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

Date debt was incurred    thru 2016

Describe the property that secures the claim:

**assets of Charlie's Ice House (i.e**

As of the date you file, the claim is:  Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [x] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **property taxes**

Last 4 digits of account number    9  1  9  3

Column A: $704.93    Column B: $5,000.00

**property taxes owed thru year 2016**

*personal of business Charlie's Icehouse*

Add the dollar value of your entries in Column A on this page.  Write that number here:          **$3,245.74**

Debtor 1    **James Earl Banks**
Debtor 2    **Marilyn Lorraine Banks**

Case number (if known)  **17-50317**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

| **2.8** | Describe the property that secures the claim: | $5,318.00 | $1,600.00 | $3,718.00 |
|---|---|---|---|---|

**Navy Federal Cr Union**
Creditor's name
**Po Box 3700**
Number     Street

**Merrifield          VA   22119**
City               State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Describe the property that secures the claim:
**1999 Buick La Sabre**

Date debt was incurred    **08/2015**    Last 4 digits of account number    **2   4   2   5**

---

| **2.9** | Describe the property that secures the claim: | $3,420.00 | $4,337.50 | |
|---|---|---|---|---|

**Navy Federal Cr Union**
Creditor's name
**Po Box 3700**
Number     Street

**Merrifield          VA   22119**
City               State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
     **Secured**

Describe the property that secures the claim:
**2002 Chevrolet Silverado**

Date debt was incurred    **09/2015**    Last 4 digits of account number    **0   4   2   5**

---

**Add the dollar value of your entries in Column A on this page.  Write that number here:**          | $8,738.00 |

Debtor 1  **James Earl Banks**
Debtor 2  **Marilyn Lorraine Banks**

Case number (if known)  **17-50317**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.10**

**Navy Federal Cr Union**
Creditor's name
**Po Box 3700**
Number    Street

_____

**Merrifield    VA   22119**
City    State   ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

**2008 GMC Sierra C-3500 crew pickup**

| | | |
|---|---|---|
| $13,597.00 | $0.00 | $13,597.00 |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)

Date debt was incurred  **03/2015**    Last 4 digits of account number  **5   6   9   0**

**Debtor co-signed w/ son who drives & pays for the vehicle**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $13,597.00 |
|---|

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:

| $106,212.83 |
|---|

Official Form 106D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page 6

Debtor 1 **James Earl Banks**
Debtor 2 **Marilyn Lorraine Banks**

Case number (if known) **17-50317**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**

**Law Offices of Elizabeth G Smith**
Name
**6655 First Park Ten, Ste 240**
Number       Street

On which line in Part 1 did you enter the creditor?       **2.2**

Last 4 digits of account number       **1   6   5   8**

**San Antonio**                    **TX**    **78213**
City                                State    ZIP Code

**2**

**Linebarger Goggan Blair**
Name
**& Sampson LLP**
Number       Street
**711 Navarro, Suite 300**

On which line in Part 1 did you enter the creditor?       **2.4**

Last 4 digits of account number       ___ ___ ___ ___

**San Antonio**                    **TX**    **78205**
City                                State    ZIP Code

**3**

**Linebarger Goggan Blair**
Name
**& Sampson LLP**
Number       Street
**711 Navarro, Suite 300**

On which line in Part 1 did you enter the creditor?       **2.1**

Last 4 digits of account number       ___ ___ ___ ___

**San Antonio**                    **TX**    **78205**
City                                State    ZIP Code

Official Form 106D       Part 2 of Schedule D: Creditors Who Have Claims Secured by Property       page 7

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u>James</u><br>First Name</td><td><u>Earl</u><br>Middle Name</td><td><u>Banks</u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u>Marilyn</u><br>First Name</td><td><u>Lorraine</u><br>Middle Name</td><td><u>Banks</u><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF TEXAS</u></td></tr>
<tr><td colspan="4">Case number <u>17-50317</u><br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | | $2,000.00 | $2,000.00 | $0.00 |
|---|---|---|---|---|

**Chance M. McGhee, Attorney at Law**
Priority Creditor's Name
**8207 Callaghan Rd. #250**
Number        Street

_____

**San Antonio**          **TX**    **78230**
City                        State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  02/06/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney fees for this case**

Debtor 1   **James Earl Banks**
Debtor 2   **Marilyn Lorraine Banks**

Case number (if known)   **17-50317**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1**

**Account Services Colls**
Nonpriority Creditor's Name
**1802 Ne Loop 410 Ste 400**
Number    Street

**San Antonio**     **TX**    **78217**
City           State    ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

$78.00

Last 4 digits of account number   **6**   **1**   **3**   **8**
When was the debt incurred?   **11/2010**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **medical- Star Anesthesia**

**4.2**

**Navy Federal Cr Union**
Nonpriority Creditor's Name
**820 Follin Lane**
Number    Street

**Vienna**     **VA**    **22180**
City           State    ZIP Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

$6,218.00

Last 4 digits of account number   **5**   **2**   **8**   **8**
When was the debt incurred?   **12/1986**
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

Debtor 1    **James Earl Banks**

Debtor 2    **Marilyn Lorraine Banks**

Case number (if known)   **17-50317**

---

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

**AT&T Advertising L.P. c/o**
Name
**Kyle E. Neill, P.C.**
Number       Street
**11550 IH 10, Suite 287**

**San Antonio**       **TX**    **78230**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**advertising**                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Internal Revenue Service**
Name
**P.O. Box 7346**
Number       Street

**Philadelphia**       **PA**    **19101-7346**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Taxes**                       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Lease Financial Groupl**
Name
**233 N Michigan Ave Ste 1**
Number       Street

**Chicago**       **IL**    **60601**
City              State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**Lease credit card**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**machine**

Last 4 digits of account number   **7** **7** **9** **3**

---

**Standard Supply and Distributing**
Name
**1431 Regal Row**
Number       Street

**Dallas**       **TX**    **75247**
City             State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
**vendor**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

**Star Anesthesia, P.A.**
Name
**P.O. Box 659**
Number       Street

**San Antonio**       **TX**    **78293-0659**
City                  State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

---

Debtor 1    James Earl Banks
Debtor 2    Marilyn Lorraine Banks

Case number (if known)   17-50317

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Texas Comptroller of Public Accounts**
Name
**P.O. Box 13528, Capitol Station**
Number    Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
**Sales Taxes**            ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Austin**      **TX**    **78711**
City         State   ZIP Code

Last 4 digits of account number   __ __ __ __


**United States Attorney**
Name
**Taxpayer Division**
Number    Street
**601 N.W. Loop 410, Suite 600**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**San Antonio**    **TX**   **78216-5512**
City         State   ZIP Code

Last 4 digits of account number   __ __ __ __


**United States Attorney General**
Name
**Department of Justice**
Number    Street
**950 Pennsylvania Avenue, N.W.**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Washington**    **DC**   **20530**
City         State   ZIP Code

Last 4 digits of account number   __ __ __ __

| Debtor 1 | James Earl Banks | | |
|---|---|---|---|
| Debtor 2 | Marilyn Lorraine Banks | Case number (if known) | 17-50317 |

---

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

| | | | | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| | 6d. | Other.  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $2,000.00 |
| | 6e. | Total.  Add lines 6a through 6d. | 6d. | $2,000.00 |

| | | | | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. | $0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| | 6i. | Other.  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $6,296.00 |
| | 6j. | Total.  Add lines 6f through 6i. | 6j. | $6,296.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **James** | **Earl** | **Banks** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Marilyn** | **Lorraine** | **Banks** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **17-50317**
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **James**  **Earl**  **Banks** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | **Marilyn**  **Lorraine**  **Banks** | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | |

United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF TEXAS</u>

Case number  <u>17-50317</u>
(if known)

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☐ No. Go to line 3.
    ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☑ Yes

        In which community state or territory did you live?  ___**Texas**___  Fill in the name and current address of that person.

        **Marilyn Lorraine Banks**
        Name of your spouse, former spouse, or legal equivalent
        **1090 CR 768**
        Number     Street

        **Devine**  **TX**  **78016**
        City  State  ZIP Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

    *Column 1:*  **Your codebtor**

    *Column 2:*  **The creditor to whom you owe the debt**

    Check all schedules that apply:

    | 3.1 | **Brandon L. Banks** | | |
    |---|---|---|---|
    | | Name | | ☑ Schedule D, line  **2.10** |
    | | **1090 CR 768** | | ☐ Schedule E/F, line |
    | | Number     Street | | ☐ Schedule G, line |
    | | **Devine**  **TX**  **78016** | | **Navy Federal Cr Union** |
    | | City  State  ZIP Code | | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | James | Earl | Banks |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marilyn | Lorraine | Banks |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number (if known): 17-50317

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed | ☑ Employed |
| | ☐ Not employed | ☐ Not employed |
| **Occupation** | Self | Self |
| **Employer's name** | Jebco AC & Heat | Charlie's Ice House |
| **Employer's address** | 1090 CR 768 | 1090 CR 768 |
| | Number Street | Number Street |
| | | |
| | Devine TX 78016 | Devine TX 78016 |
| | City State Zip Code | City State Zip Code |
| How long employed there? | 21 years | 9 years |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $0.00 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | + $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $0.00 | $0.00 |

Debtor 1  **James Earl Banks**
Debtor 2  **Marilyn Lorraine Banks**

Case number (if known)  **17-50317**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................. ➔ 4. | $0.00 | $0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. | Insurance | 5e. | $0.00 | $0.00 |
| 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. | Union dues | 5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $0.00 | $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $0.00 |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $2,949.00 | $153.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. | Social Security | 8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income | 8g. | $1,434.03 | $0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $0.00 | $0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $4,383.03 | $153.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,383.03 + | $153.00 = | $4,536.03 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.  $4,536.03
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain:  Joint Debtor has raised prices on beer/sodas to increase revenue at Charlie's Icehouse

| Debtor 1 | **James Earl Banks** | | |
|---|---|---|---|
| Debtor 2 | **Marilyn Lorraine Banks** | Case number (if known) | **17-50317** |

8a.  Attached Statement (Debtor 1)

### JEBCO AC & Heating

**Gross Monthly Income:**                                                                    $10,000.00

| Expense | Category | Amount |
|---|---|---|
| Cost of goods (parts purchased to repair/service) | | $6,000.00 |
| vehicle ins | | $150.00 |
| general liability insurance | | $51.00 |
| supplies (paper, invoices, etc.) | | $120.00 |
| tools, etc. | | $200.00 |
| advertising | | $100.00 |
| telephone | | $130.00 |
| contract labor | | $300.00 |

**Total Monthly Expenses**                                                                  $7,051.00

**Net Monthly Income:**                                                                      $2,949.00

| Debtor 1 | James Earl Banks | | |
|---|---|---|---|
| Debtor 2 | Marilyn Lorraine Banks | Case number (if known) | 17-50317 |

8a.  Attached Statement (Debtor 2)

## Charlie's Ice House

**Gross Monthly Income:**             $3,000.00

| Expense | Category | Amount |
|---|---|---|
| Alarm/security | | $46.00 |
| liability/ liquor insurance | | $120.00 |
| beer/sodas | | $1,300.00 |
| supplies | | $250.00 |
| telephone | | $128.00 |
| Community Natl Bank - mortgage/rent payment | | $1,003.00 |

**Total Monthly Expenses**             $2,847.00

**Net Monthly Income:**             $153.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | James | Earl | Banks |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marilyn | Lorraine | Banks |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number 17-50317
(if known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
   　　☑ No
   　　☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?　　☐ No

   Do not list Debtor 1 and Debtor 2.　　☑ Yes. Fill out this information for each dependent.................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 20 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence.
   Include first mortgage payments and any rent for the ground or lot.

   4. _____

   If not included in line 4:

   4a. Real estate taxes                                              4a. _____ $370.00

   4b. Property, homeowner's, or renter's insurance                  4b. _____ $242.00

   4c. Home maintenance, repair, and upkeep expenses                 4c. _____ $100.00

   4d. Homeowner's association or condominium dues                   4d. _____

Debtor 1    **James Earl Banks**

Debtor 2    **Marilyn Lorraine Banks**                                    Case number (if known)   17-50317

                                                                          **Your expenses**

5.  Additional mortgage payments for your residence, such as home equity loans    5.   _____

6.  Utilities:

    6a.  Electricity, heat, natural gas                    6a.   _____ **$375.00**

    6b.  Water, sewer, garbage collection                 6b.   _____ **$180.00**

    6c.  Telephone, cell phone, Internet, satellite, and    6c.   _____ **$189.00**
    cable services

    6d.  Other.  Specify:   __mobile phones__            6d.   _____ **$150.00**

7.  Food and housekeeping supplies                         7.   _____ **$700.00**

8.  Childcare and children's education costs               8.   _____

9.  Clothing, laundry, and dry cleaning                    9.   _____ **$110.00**

10.  Personal care products and services                  10.   _____ **$40.00**

11.  Medical and dental expenses                          11.   _____ **$150.00**

12.  **Transportation.**  Include gas, maintenance, bus or train   12.   _____ **$300.00**
    fare.  Do not include car payments.

13.  Entertainment, clubs, recreation, newspapers,        13.   _____ **$87.03**
    magazines, and books

14.  Charitable contributions and religious donations     14.   _____ **$100.00**

15.  **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance                                 15a.   _____ **$36.00**

    15b.  Health insurance                               15b.   _____ **$545.00**

    15c.  Vehicle insurance                              15c.   _____ **$172.00**

    15d.  Other insurance.  Specify: _____        15d.   _____

16.  **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                            16.   _____

17.  Installment or lease payments:

    17a.  Car payments for Vehicle 1                     17a.   _____

    17b.  Car payments for Vehicle 2                     17b.   _____

    17c.  Other.  Specify: _____                 17c.   _____

    17d.  Other.  Specify: _____                 17d.   _____

18.  Your payments of alimony, maintenance, and support that you did not report as    18.   _____
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).

19.  Other payments you make to support others who do not live with you.
    Specify: _____                            19.   _____

Debtor 1 **James Earl Banks**
Debtor 2 **Marilyn Lorraine Banks**

Case number (if known) __17-50317__

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

20a. Mortgages on other property                                    20a.  _____

20b. Real estate taxes                                              20b.  _____

20c. Property, homeowner's, or renter's insurance                  20c.  _____

20d. Maintenance, repair, and upkeep expenses                      20d.  _____

20e. Homeowner's association or condominium dues                   20e.  _____

21. **Other.** Specify: _____    21.  + _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                       22a.  |  $3,846.03  |

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.  |  _____  |

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.  |  $3,846.03  |

23. **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from Schedule I.   23a.  _____$4,536.03

23b. Copy your monthly expenses from line 22c above.               23b.  − _____$3,846.03

23c. Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                             23c.  |  $690.00  |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:
**None.**

**Fill in this information to identify your case:**

| Debtor 1 | James | Earl | Banks |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marilyn | Lorraine | Banks |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number  __17-50317__
(if known)

☐ Check if this is an
    amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _James E Banks_                                    X _Marilyn L Banks_
James Earl Banks, Debtor 1                           Marilyn Lorraine Banks, Debtor 2

Date _3/1/17_                                        Date _03/01/2017_
    MM / DD / YYYY                                        MM / DD / YYYY

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | James      Earl      Banks | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Marilyn      Lorraine      Banks | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS | | |
| Case number (if known) | 17-50317 | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **James Earl Banks** | | |
|---|---|---|---|
| Debtor 2 | **Marilyn Lorraine Banks** | Case number (if known) | **17-50317** |

## Part 2:    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $2,800.00 | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $2,300.00 |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $121,226.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $28,939.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☒ Operating a business | $111,042.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $28,337.00 |

**5.    Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | DFAS retirement | $1,552.00 | gross oil royalty | $117.40 |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>YYYY | DFAS retirement | $18,361.00 | gross oil royalty | $1,558.39 |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>YYYY | DFAS retirement | $18,361.00 | | |

Debtor 1    **James Earl Banks**

Debtor 2    **Marilyn Lorraine Banks**

Case number (if known)  __17-50317__

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
| --- | --- |

6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.  Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Statement of Financial Affairs for Individuals Filing for Bankruptcy

| | |
|---|---|
| Debtor 1 | **James Earl Banks** |
| Debtor 2 | **Marilyn Lorraine Banks** |

Case number (if known) __17-50317__

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

| | | Date | Value of the property |
|---|---|---|---|
| **Community National Bank** | Describe the property | | |
| Creditor's Name | posted business property Charlie's Ice House for foreclosure  which resulted in filing of Chapter 13 case | | |
| | | | |
| Number    Street | Explain what happened | | |
| | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| | ☐ Property was garnished. | | |
| City                State    ZIP Code | ☐ Property was attached, seized, or levied. | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

Debtor 1   **James Earl Banks**
Debtor 2   **Marilyn Lorraine Banks**

Case number (if known)   **17-50317**

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed est. $100 given on average month | Date you contributed | Value |
|---|---|---|---|
| **Divine Baptist Church** <br> Charity's Name | | | |
| Number    Street | | | |
| City                State    ZIP Code | | | |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss <br> Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **2013 Dodge Ram pickup  got on fire and was rendered a total loss (vehicle was driven and note was paid  by Debtor's son)** | **Debtors filed insurance claim with GEICO and paid the vehicle lienholder... claim was resolved.** | **Feb. 2016** | |

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred Attorney fees as described in the attached schedule 2016(b) | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Chance M. McGhee, Attorney at Law** <br> Person Who Was Paid | | | |
| **8207 Callaghan Rd. #250** <br> Number    Street | **$310 Filing fee** <br> **$53 Credit bureau report** | **02/06/2017** | **$2,500.00** |
| **San Antonio          TX      78230** <br> City                State    ZIP Code | | | |
| **cmcghee@chancemcgheelaw.com** <br> Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| Debtor 1 | **James Earl Banks** |
|---|---|
| Debtor 2 | **Marilyn Lorraine Banks** |

Case number (if known)  __17-50317__

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Matt Obermeier Attorney** <br> Person Who Was Paid | **paid attorneys fees to handle TRO to stop foreclosure and to negotiate with Community National Bank to no avail  regarding Debtor's business property** | Dec. 2016 | $3,500.00 |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |
| **Cricket Debt Counseling** <br> Person Who Was Paid | Description and value of any property transferred <br> **debt counseling certificates** | Date payment or transfer was made | Amount of payment <br> $44.00 |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Raymond Sockwell** <br> Person Who Received Transfer | **sold 1996 Chevrolet Tahoe for est. $1,500** | | August 2016 |
| Number    Street | | | |
| City                State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| | | |
|---|---|---|
| Debtor 1 | James Earl Banks | |
| Debtor 2 | Marilyn Lorraine Banks | Case number (if known)  17-50317 |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

**Part 9:   Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

Debtor 1    James Earl Banks
Debtor 2    Marilyn Lorraine Banks                                          Case number (if known)  17-50317

## Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

## Part 11:  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Charlie's Ice House**<br>Business Name | Describe the nature of the business<br>bar | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **1721 Hwy 173 N**<br>Number    Street | Name of accountant or bookkeeper | EIN: ___ – ___ ___ ___ ___ ___ ___ ___ |
| | | Dates business existed |
| **Devine          TX   78016**<br>City          State   ZIP Code | | From  2008  To  present |

Debtor 1     **James Earl Banks**
Debtor 2     **Marilyn Lorraine Banks**

Case number (if known)  __17-50317__

**Jebco AC & Heating**
Business Name

Describe the nature of the business
A/C & heating repair

Employer Identification number
Do not include Social Security number or ITIN.

Number     Street

Name of accountant or bookkeeper

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From ____1996____   To ___present___

City                    State   ZIP Code

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes.  Fill in the details below.

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _James E Banks_               X _Marilyn L Banks_
James Earl Banks, Debtor 1        Marilyn Lorraine Banks, Debtor 2

Date __3/1/17__                Date __3-1-17__

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person _____  Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **James Earl Banks**
      **Marilyn Lorraine Banks**

Case No.   <u>17-50317</u>

Chapter   <u>13</u>

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................................. | **$4,500.00** |
| Prior to the filing of this statement I have received....................................................... | **$2,500.00** |
| Balance Due................................................................................................................. | **$2,000.00** |

2. The source of the compensation paid to me was:
    ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:
    ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_03/01/2017_
Date

_____
Chance M. McGhee
Chance M. McGhee, Attorney at Law
8207 Callaghan Rd. #250
San Antonio TX  78230
Phone: (210) 342-3400 / Fax: (210) 366-4791

Bar No.  00791226

_____
James Earl Banks

_____
Marilyn Lorraine Banks

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | James | Earl | Banks |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Marilyn | Lorraine | Banks |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS

Case number: 17-50317
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☑ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☑ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

### Part 1: Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse. | $0.00 | $0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $10,102.00 | $2,411.58 | | | |
| Ordinary and necessary operating expenses | − $7,768.67 | − $3,896.33 | | | |
| Net monthly income from a business, profession, or farm | $2,333.33 | ($1,484.75) | Copy here ➔ | $2,333.33 | ($1,484.75) |

See continuation page(s) for details

Debtor 1    **James Earl Banks**

Debtor 2    **Marilyn Lorraine Banks**

Case number (if known) __17-50317__

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here ➡ | $0.00 | $0.00 |

**7. Interest, dividends, and royalties**    $0.00    $0.00

**8. Unemployment compensation**    $0.00    $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↓

For you.......................................................................... $0.00

For your spouse............................................................. $0.00

**9. Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.    $1,552.00    $0.00

**10. Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.    + _____   + _____

**11. Calculate your total average monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.    **$3,885.33**   +   **($1,484.75)**   =   **$2,400.58**

Total average monthly income

| Part 2: | Determine How to Measure Your Deductions from Income |
|---|---|

**12.** Copy your total average monthly income from line 11. ............................................................................ $2,400.58

**13. Calculate the marital adjustment.**  Check one:

☐ You are not married.  Fill in 0 below.

☑ You are married and your spouse is filing with you.  Fill in 0 below.

☐ You are married and your spouse is not filing with you.
Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.
Below, specify the basis for excluding this income and the amount of income devoted to each purpose.  If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____   _____

_____   _____

_____ + _____   _____

Total........................................................... $0.00   Copy here ➡   − $0.00

**14. Your current monthly income.**  Subtract the total in line 13 from line 12.    $2,400.58

| Debtor 1 | **James Earl Banks** | | |
|----------|----------------------|---|---|
| Debtor 2 | **Marilyn Lorraine Banks** | Case number (if known) | **17-50317** |

**15. Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here ➡ ................................................................................................ | $2,400.58

Multiply line 15a by 12 (the number of months in a year). | X    12

15b. The result is your current monthly income for the year for this part of the form. ......................... | $28,806.96

**16. Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live. **Texas**

16b. Fill in the number of people in your household. **3**

16c. Fill in the median family income for your state and size of household ........................................... | $64,894.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17. How do the lines compare?**

17a. ☑ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out Calculation of Your Disposable Income (Official Form 122C-2).

17b. ☐ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

## Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

**18. Copy your total average monthly income from line 11.** ........................................................ | $2,400.58

**19. Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a. ............................................. − | $0.00

19b. **Subtract line 19a from line 18.** | $2,400.58

**20. Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ..................................................................................................... | $2,400.58

Multiply by 12 (the number of months in a year). | X    12

20b. The result is your current monthly income for the year for this part of the form. | $28,806.96

20c. Copy the median family income for your state and size of household from line 16c. ..................... | $64,894.00

**21. How do the lines compare?**

☑ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* **Go to Part 4.**

☐ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* **Go to Part 4.**

| Debtor 1 | James Earl Banks | | |
|---|---|---|---|
| Debtor 2 | Marilyn Lorraine Banks | | Case number (if known) __17-50317__ |

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _James S. Banks_                                        X _Marilyn O. Banks_
James Earl Banks, Debtor 1                              Marilyn Lorraine Banks, Debtor 2

Date 03/01/2017                                          Date 03/01/2017
     MM / DD / YYYY                                           MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form.  On line 39 of that form, copy your current monthly income from line 14 above.

| Debtor 1 | James Earl Banks |
|---|---|
| Debtor 2 | Marilyn Lorraine Banks |

Case number (if known) __17-50317__

## 5. Net income from operating a business, profession, or farm (details):

| Debtor 1 / Debtor 2 | Description (if available) | Average Monthly Amount |
|---|---|---|
| **Debtor 2** | **Charlies Bar** | |
| Gross receipts (before all deductions) | | $2,411.58 |
| Ordinary and necessary operating expenses | | $3,896.33 |
| Net monthly income from a business, profession, or farm | | ($1,484.75) |
| **Debtor 1** | **JEBCO** | |
| Gross receipts (before all deductions) | | $10,102.00 |
| Ordinary and necessary operating expenses | | $7,768.67 |
| Net monthly income from a business, profession, or farm | | $2,333.33 |

<table>
<tr><td colspan="4">Fill in this information to identify your case:</td></tr>
<tr><td>Debtor 1</td><td><u>James</u></td><td><u>Earl</u></td><td><u>Banks</u></td></tr>
<tr><td></td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td>Debtor 2</td><td><u>Marilyn</u></td><td><u>Lorraine</u></td><td><u>Banks</u></td></tr>
<tr><td>(Spouse, if filing)</td><td>First Name</td><td>Middle Name</td><td>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3"><u>17-50317</u></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B..................................... | $172,360.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................... | $64,971.47 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................... | $237,331.47 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $106,212.83 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | $2,000.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + | $6,296.00 |
| | Your total liabilities | $114,508.83 |

### Part 3:   Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.......................................................... | $4,536.03 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.......................................................... | $3,846.03 |

Debtor 1   **James Earl Banks**
Debtor 2   **Marilyn Lorraine Banks**                                    Case number (if known)   __17-50317__

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑  Yes

7.  **What kind of debt do you have?**

☐  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☑  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                            **Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)              _____

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)      _____

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)     _____

9d.  Student loans.  (Copy line 6f.)                            _____

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)      _____

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   + _____

9g.  **Total.**  Add lines 9a through 9f.                       _____