**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 01, 2017.**



_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING |
| JAMES EARL BANKS | |
| MARILYNN LORRAINE BANKS | |
| DEBTOR(S) | CASE NO.:  17-50317CAG |

### ORDER DENYING CONFIRMATION AND DISMISSAL OF CHAPTER 13 CASE

**ON THIS DAY May 25, 2017, CAME ON TO BE CONSIDERED** confirmation of the proposed plan in the above captioned case.  The case was filed on February 6, 2017 and the proposed plan was filed on March 1, 2017.  At the Confirmation Hearing held on May 25, 2017, the following condition was agreed to:

The Debtors were to provide to the Trustee a copy of the 2016 tax return seven (7) days prior to the reset 341 Meeting of Creditors scheduled for June 7, 2017 or the case shall be dismissed. As of May 31, 2017 the Debtors has failed to provide a copy of the 2016 tax return.

**IT IS THEREFORE ORDERED,** that the confirmation of the debtor's proposed chapter 13 plan is **DENIED** and the case is **DISMISSED;** and

**IT IS FURTHER ORDERED** that the Trustee be discharged and relieved of her trust and of her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this Order.

###

ORDER PREPARED AND SUBMITTED BY:
MARY K. VIEGELAHN P42327MI
CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD; STE 201
SAN ANTONIO, TX 78216